1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 2005 Gold Mercedes-Benz Convertible coupe with California license plate 5JLZ160 | 2:19-SW-0866-DB |
| 2002 Blue Chevy Avalanche four door pickup truck with California license plate 6T58075 | 2:19-SW-0867-DB |
| The Person of Phil Roger WEGER | 2:19-SW-0868-DB |
| The Person of Sharon Lee TEAGUE | 2:19-SW-0869-DB |
| The Person of Brad William HESSE | 2:19-SW-0870-DB |
| 13380 Brookwood Way, Lathrop, CA 95330. | 2:19-SW-0871-DB |
| 2007 Blue Ford Mustang with California license plate 6ACW665 | 2:19-SW-0872-DB |
| 1990 Black Toyota pickup with California license plate 88547P2 | 2:19-SW-0873-DB |
| 1998 White Ford F-150 with a black passenger door and black tailgate, with California license plate 5Z18368 | 2:19-SW-0874-DB |

28  / / /

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT          1
AFFIDAVITS

FILED
Jun 04, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: June 4, 2020

_____
The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

2